UNITED STATES DISTRICT COURT

__EASTERN__         **District of**         __CALIFORNIA__

| | |
|---|---|
| ABIGAIL GONZALEZ,<br>          Plaintiff<br><br>          V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>          Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br><br>CASE          1:11-AT-00543 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

  X  The clerk is directed to file the complaint.

  X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   __2nd__   day of   __September__ ,   __2011__ .


                              __/s/ Sandra M. Snyder__
                              Signature of Judicial Officer

                              SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                              Name and Title of Judicial Officer